IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ALWYN LUCKEY                                                              PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:05CV89-JAD

RICHARD F. SCRUGGS, P. A., ET AL                                       DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum Opinion of this date, plaintiff Alwyn Luckey shall be paid by the defendants Richard F. Scruggs, P.A., Scruggs, Millette, Lawson, Bozeman and Dent, P.A., Asbestos Group, P.A., and Richard F. Scruggs the sum of $13,688,907.92 with interest at the rate of 3.59% per annum until paid, together with attorney's fees and costs.

SO ORDERED this 20th day of July, 2005.

JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE